LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
KELLY L. PERIGOE (SBN 268872)
*kperigoe@kslaw.com*
SAMUEL C. CORTINA (SBN 310778)
*scortina@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
CONVERSE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CAROL PRICE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CONVERSE INC., a Massachusetts company, DOES 1 through 25, inclusive,

Defendants.

Case No. 2:24-cv-08091-FLA-E

Honorable Fernando L. Aenlle-Rocha

**DEFENDANT CONVERSE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Converse Inc. ("Converse") submits this Notice of Supplemental Authority to inform the Court of two recent decisions that address Section 638.51 of the California Penal Code and are relevant to the Court's evaluation of the Article III standing arguments in Converse's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 22). *Rebeka Rodriguez v. Autotrader.com, Inc.*, WL 1085787 (C.D. Cal. Apr. 4, 2025) is attached as **Exhibit A**. *Gabrielli v. Insider, Inc.*, 2025 WL 522515 (S.D.N.Y. Feb. 18, 2025) is attached as **Exhibit B**. In both decisions, the court dismissed the plaintiff's amended complaints asserting claims under Section 638.51 for lack of Article III standing. *Rodriguez*, 2025 WL 1085787 at *1-2; *Gabrielli*, 2025 WL 522515 at *3-8.

Dated: April 16, 2025

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Michael D. Roth*
LIVIA KISER
MICHAEL D. ROTH
KELLY L. PERIGOE
SAMUEL C. CORTINA

*Attorneys for Defendant*
CONVERSE INC.