LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
*mroth@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
SAMUEL C. CORTINA (SBN 310778)
*scortina@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
CONVERSE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERSE INC., a Massachusetts company, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08091-FLA-E<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**DEFENDANT CONVERSE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Converse Inc. ("Converse") submits this Notice of Supplemental Authority to inform the Court of a recent Ninth Circuit decision relevant to the Court's evaluation of Plaintiff's failure to establish Article III standing, as set forth in Converse's pending Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 22). *Popa v. Microsoft Corp.*, 2025 WL 2448824 (9th Cir. Aug. 26, 2025) is attached as **Exhibit A**. In this published decision, the Ninth Circuit affirmed the dismissal of the plaintiff's common-law and statutory invasion of privacy claims because she failed to allege concrete injury. *Popa*, 2025 WL 2448824 at *5 ("At most, [the plaintiff] alleges that [the tracking software on the website she visited] gathered her pet-store preferences and her street name. To the extent Microsoft's tracking software *could* be offensive in particular circumstances (e.g., involving sensitive medical or financial information), [the plaintiff] does not plausibly allege the infringement of any such privacy interest.") (emphasis in original).

Dated: August 27, 2025

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Michael D. Roth*
LIVIA M. KISER
MICHAEL D. ROTH
LENNETTE W. LEE
SAMUEL C. CORTINA

*Attorneys for Defendant*
CONVERSE INC.