Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Carol Price*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL PRICE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CONVERSE, INC., a Massachusetts company; DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-08091-FLA-E<br><br>**PLAINTIFF CAROL PRICE'S NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing</u><br>Date: October 31, 2025<br>Time: 1:30pm<br>Courtroom: 6B<br><br>Hon. Fernando L. Aenlle-Rocha |

# NOTICE OF MOTION

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Friday, October 31 at 1:30 pm, or as soon thereafter as this matter may be heard before the Honorable Fernando L. Aenlle-Rocha in Courtroom 6B located in the First Street Courthouse, 350 W 1st Street, Suite 4311, Los Angeles, California 90012, that Plaintiff Carol Price will and hereby does move this Court for an Order certifying the following class pursuant to Fed. R. Civ. P. Rule 23:

> **All persons within California whose identifying information was sent to TikTok as a result of visiting the website converse.com**

Plaintiff also moves for an Order appointing Carol Price as the class representative for the Class, and appointing Tauler Smith LLP as Class Counsel.

This motion is made upon the grounds that all of the prerequisites for class certification set forth in Fed. R. Civ. P. 23 are satisfied in this case, and a class action is a superior to other alternatives for resolution of this dispute.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 17, 2025. This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Narain Kumar, J. Evan Shapiro, Carol Price, and Adam Weiss, all pleadings and other documents on file in this case, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court at the hearing.

DATED: October 3, 2025 **TAULER SMITH LLP**

By: */s/* Narain Kumar
Narain Kumar, Esq.
Attorneys for Plaintiff
Carol Price