Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Carol Price*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CAROL PRICE, an individual and on behalf of all others similarly situated,

Plaintiff,

vs.

CONVERSE, INC., a Massachusetts company; DOES 1 through 25, inclusive,

Defendants.

Case No.: 2:24-cv-08091-FLA-E

**PLAINTIFF CAROL PRICE'S NOTICE OF ADDENDUM OF EXHIBIT O TO DECLARATION OF ADAM WEISS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [DKT. 49-14]**

Hearing
Date: October 31, 2025
Time: 1:30pm
Courtroom: 6B

Hon. Fernando L. Aenlle-Rocha

**NOTICE OF MOTION**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Carol Price hereby files the attached CV of Adam Weiss as Exhibit O to the Declaration of Adam Weiss in Support of Plaintiff's Motion for Class Certification, filed on October 3, 2025 as Docket No. 49-14.

DATED: October 6, 2025 **TAULER SMITH LLP**

By: /s/ Narain Kumar
Narain Kumar, Esq.
Attorneys for Plaintiff
Carol Price