Livia M. Kiser (SBN 285411)
*lkiser@kslaw.com*
Michael D. Roth (SBN 217464)
*mroth@kslaw.com*
Lennette W. Lee (SBN 263023)
*llee@kslaw.com*
Samuel C. Cortina (SBN 310778)
*scortina@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

Attorneys for Defendant
CONVERSE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERSE, INC., a Massachusetts company, DOES 1 through 25, inclusive,<br>Defendants. | Case No. 2:24-cv-08091-FLA-E<br><br>***DISCOVERY MATTER***<br>***[Assigned to the Honorable Magistrate Judge Charles F. Eick]***<br><br>**DEFENDANT CONVERSE INC.'S MOTION TO COMPEL DISCLOSURES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF CAROL PRICE**<br><br>Date: December 19, 2025<br>Time: 9:30 a.m.<br>Courtroom: 750, 7th Floor<br>Discovery Cutoff: May 22, 2026<br>Pretrial Conference: Not Set<br>Trial: Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on Friday, December 19, 2025, at 9:30 a.m., or on such other date and time convenient to (and ordered by) the Court, in Courtroom 750 of the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, 7th Floor, Los Angeles, California 90012, Defendant Converse Inc. ("Converse") will, and hereby does, move this Court for an order compelling Plaintiff Carol Price ("Plaintiff") to produce documents and respond to interrogatories (the "Motion") in response to Converse's First Set of Requests for Production ("RFPs") and First Set of Interrogatories ("ROGs") (collectively "Requests"). Specifically, pursuant to Fed. R. Civ. P. 34 & 33 and the authority set forth in the Joint Stipulation and any further memoranda or argument, Converse requests an Order that requires Plaintiff to complete each of the following within seven days of the Court's Order on the Motion:

(1) Requiring Plaintiff to fully respond to Interrogatory Nos. 3, 7, and 13, and overruling Plaintiff's objections thereto.

(2) Requiring Plaintiff to produce all documents responsive to RFP Nos. 1, 2, 5, 8, 12, and 13 and serve supplemental written responses, and overruling Plaintiff's objections thereto.

(3) Requiring Plaintiff to serve a document-by-document privilege log that discloses for each withheld document: (a) the attorney and client involved, (b) the nature of the document, (c) all persons or entities shown on the document to have received or sent the document, (d) all persons or entities known to have been furnished the document or informed of its substance, (e) the date the document was generated, prepared, or dated, and (f) a narrative explanation for why the document is privileged.

(4) Sanctioning Plaintiff and her counsel in an amount to be determined following submission of a declaration by Converse's counsel setting forth the amount and reasonableness of their fees incurred in bringing the Motion.

This Motion is based upon the concurrently filed Joint Stipulation on Defendant Converse's Motion to Compel, as well as the pleadings, records, and files therein, any supplemental memoranda timely filed before the hearing, and on such other oral or documentary evidence of counsel.

Dated: November 12, 2025

KING & SPALDING LLP

By: */s/ Michael D. Roth*
LIVIA KISER
MICHAEL D. ROTH
LENNETTE W. LEE
SAMUEL C. CORTINA

Attorneys for Defendant CONVERSE INC.